# United States District Court

WESTERN DISTRICT OF WASHINGTON

CARL W. CUNNINGHAM

v.

RON VAN BOENING

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5066RJB/JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation (Dkt. 16) is **ADOPTED**; and

The Petition for Habeas Corpus is **DENIED** and this case is **DISMISSED.**

| | |
|---|---|
| September 28, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |