UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARL W. CUNNINGHAM,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RON VAN BOENING,<br><br>　　　　Respondent. | Case No. C10-5066RJB<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

　　　This matter comes before the court on the petitioner's Motion for a Certificate of Appealability. Dkt. 20. The court has reviewed the record herein.

　　　On October 19, 2010, petitioner filed a Motion for a Certificate of Appealability. Dkt. 20. As discussed in the court's September 27, 2010 order adopting the Report and Recommendation, petitioner has not met the standard for obtaining a Certificate of Appealability. Dkt. 18, at 6. Accordingly, petitioner's Motion for a Certificate of Appealability should be denied.

　　　Accordingly, it is hereby **ORDERED** that petitioner's Motion for a Certificate of Appealability (Dkt. 20) is **DENIED**.

Order- 1

1   The Clerk is directed to send uncertified copies of this Order to all counsel of record and to
2  any party appearing *pro se* at said party's last known address.
3   DATED this 15th day of November, 2010.

     _____
     Robert J. Bryan
     United States District Judge

Order- 2